UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-CR-00327-04 |
| | * | JUDGE DRELL |
| VERSUS | * | MAGISTRATE JUDGE WHITEHURST |
| | * | |
| BRIAN ELLIOT GRANGER | * | 18 U.S.C. § 922(g)(1) |
| a/k/a "Sneak" | * | 18 U.S.C. § 924(d) |

BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
Possession of a Firearm by a Convicted Felon
[18 U.S.C. § 922(g)(1) and 924(a)(2)]

On or about July 11, 2016, at or near Kaufman County, Texas, the defendant, BRIAN ELLIOT GRANGER, a/k/a "Sneak," having previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess a firearm, namely, one (1) American Derringer Corp., Model DA38, .38 caliber derringer pistol, in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

Forfeiture Allegation
[18 U.S.C. § 924(d)(1)]

(A)   The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United

States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). [18 U.S.C. § 924(d)(1) and 28 U.S.C § 2461(c)].

(B) As a result of the violation in Count One of this Bill of Information, the defendant, BRIAN ELLIOT GRANGER, a/k/a "Sneak," shall forfeit to the United States his interest in any firearm and ammunition involved in or possessed during those offenses, including:

1) one (1) American Derringer Corp., Model DA38, .38 caliber derringer pistol, serial number 010731

described in Count One of this Bill of Information, all in violation of Title 18, United States Code, Section 924(d)(1) [18 U.S.C. § 924(d)(1)].

DAVID C. JOSEPH
United States Attorney

By: _____
DOMINIC ROSSETTI, CA Bar No. 287676
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618